FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT 31  A 11:50

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MEGAN E. BEELER ) | |
| ) | |
| Plaintiff ) | CIVIL NO. 1:12-cv-00254-MJG |
| ) | |
| vs. ) | JURY TRIAL DEMANDED |
| ) | |
| C.S.D., L.L.C. ) | |
| ) | |
| and ) | |
| ) | |
| MARYLAND ORAL SURGERY ) | |
| ASSOCIATES ) | |
| ) | |
| Defendants ) | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

UPON CONSIDERATION of the Motion to Dismiss without Prejudice filed by counsel on October 29, 2013, the Court makes the following ruling:

The Plaintiff's motion to dismiss without prejudice is GRANTED.

It is so ORDERED.

Date: October 31st, 2013
Baltimore, Maryland

/s/
United States District Judge
Marvin J. Garbis

**End of Order**